SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
   jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
   pbost@sheppardmullin.com
MICHAEL C. HERRERA (Cal. Bar No. 311319)
   mherrera@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700 / Facsimile: (310) 228-3701

JS-6

*Attorneys for Plaintiff and Counter-Defendant*
Lions Gate Entertainment Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LIONS GATE ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>TD AMERITRADE SERVICES COMPANY, INC. a Delaware corporation, TD AMERITRADE, INC., a New York corporation, AMERIVEST INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company, HAVAS WORLDWIDE NEW YORK, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>　　　Defendants/Counterclaimants. | Case No. 15-CV-05024-DDP-E<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having read and considered the parties' Stipulation of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this action is hereby DISMISSED in its entirety with prejudice.

1   **IT IS FURTHER ORDERED** that this Court will retain jurisdiction to
2   enforce the terms of the settlement agreement.

Dated:   October 17, 2017          By _____
                                      HON. DEAN D. PREGERSON
                                      United States District Court Judge

SMRH:483785114.1